UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LEWIS MARTINEZ-BERROA, 2:25-cr-00052-BRM

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum            (   ) Ad Testificandum

1. Lewis Martinez Berroa a/k/a Lewis Gregorio Martinez (FBI: 17514ND0, ▮) (hereinafter the "Detainee") is now confined at the Niagara County Sheriff's Office, 5526 Niagara Street Ext., PO Box 496, Lockport, NY 14095-0496 (hereinafter, the "Detaining Facility").

2. The Detainee has pled guilty to an Information in this District charging him with violating Title 21 United States Code, Section 846 (conspiracy to distribute narcotics).

3. The Detainee will return to the custody of the Detaining Facility upon termination of proceedings.

4. The Detainee will be required at the United States District Court for the District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Newark, New Jersey 07102, before the Hon. Brian R. Martinotti, U.S.D.J., on August 19, 2025, at 11:00am, for a sentencing hearing in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

DATED:  July 17, 2025

/s/ *Christopher Fell*
Christopher Fell
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 7/17/2025

_____
Hon. Brian R. Martinotti, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Niagara County Sheriff's Office:

WE COMMAND YOU that have the body of

    Lewis Martinez Berroa a/k/a Lewis Gregorio Martinez (FBI: 17514ND0, ▮
    (hereinafter the "Detainee"),

now confined at the Niagara County Sheriff's Office, be brought before the United States District Court, the Hon. Brian R. Marinotti, U.S.D.J, in the Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Newark, New Jersey 07102, on August 19, 2025 at 11:00a.m., so that the Detainee may appear for a sentencing hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Brian R. Marinotti
    United States District Judge
    Newark, New Jersey.

DATED: 7/17/2025

MELISSA E. RHOADS
Clerk of the U.S. District Court for
the District of New Jersey

Per: _____
    Deputy Clerk